# Saint Louis Fire EMS Report

2634 Hampton    St. Louis, MO 63139   Phone# (314) xxx-xxxx

Case #  : 46979

Patient: 1of1 ROHRVOUGH, KENNETH

## CALL

Call # 38893

| | |
|---|---|
| Call # | 46979 |
| Call Type | Assault Serious Hemorrhage |
| Scene | ST.LOUIS AND 13TH |
| City+ | ST. LOUIS, MO, 630 |
| Status | EMERGENCY RESPONSE |
| Agency | 2//A |
| Crew | GLORIOSO, CLAUSEN |

## PATIENT

Patient Name: ROHRVOUGH, KENNETH,
Sex: M  DOB:        Age: 47yr
Wt:   Race: WHITE
Address:
City,State,Zip: ST. LOUIS, MO, 630
Physician:
Pref. Hosp:
Phone#:

## DATE&TIMES

| | |
|---|---|
| Notified | 12:08, 09/03/2002 |
| Departed Qtrs | 12:08  @ 755 mi |
| At Scene | 12:15  @ 758 mi |
| At Patient | 12:16 |
| Departed Scene | 12:41 |
| At Destination | 12:57  @ 766 mi |
| In Service | 13:02 |
| At Quarters | : |
| Trip Distance | 8 mi |

## Hx PRESENT

| Subject | Description / Details |
|---|---|
| CAUSE | FALLS; |
| COMPLAINT | EXTREMITIES LAC UNDER LEFT EYE; (R) HEAD LACERATION; (L) KNEE ABRASIONS; |
| SYMPTOMS | LAC UNDER LEFT EYE; (R) HEAD LACERATION; (R) KNEE ABRASIONS; |

*POLICE ON SCENE STATED PT RESISTED ARREST FELL TO THE GROUND RECIVING LACERATIONS*

## Hx PAST

| Subject | Description / Details |
|---|---|
| ALLERGIES | NONE; |
| MEDS | DIAZEPAM; PHENOBARBITAL; |
| PREEXIST | SEIZURES; |

## FINDINGS

| Subject | Description / Details |
|---|---|
| IMPRESSION | OTHER; |
| INITIAL | PT FOUND SITTING; LOC ALERT, ; AIRWAY PATENT, ; BREATH NON-LABORED, ; CIRCUL PULSE PRESENT, ; GCS SCORE = 15, Eyes - 4-SPONTAN., Verbal - 5-ORIENTED, Motor - 6-OBEYS CMND; SKIN Temp - NORMAL, Color - NORMAL, Moist - NORMAL, ; |
| PHYSICAL | NEURO GRIPS STRONG, BILATERAL, Facial Droop is NORMAL, Arm Drift is NORMAL, Speech is NORMAL; CMS INTACT X 4; EXTREMITIES LAC UNDER LEFT EYE; (R) HEAD LACERATION: superficial depth,length <= 1",minimal blood loss (R) KNEE ABRASION; FURTHER PHYSICAL EXAM UNREMARKABLE; |

*PT DENIES NECK AND BACK PAIN AND NO LOC*

## CARE EVENTS

| Time | Subject | Description/Details | | | | |
|---|---|---|---|---|---|---|
| | | BP | P | R | SaO2 | Pos |
| 12:30 | PROCEDURE | 4 X 4, CLAUSEN B,IMPROVED | | | | |
| 12:30 | PROCEDURE | IRRIGATION, CLAUSEN B,IMPROVED | | | | |
| 12:30 | LOC | ALERT, ALERT X 3 (Person,Place,Time) | | | | |
| 12:30 | AIRWAY | PATENT, | | | | |
| 12:30 | BREATH | NON-LABORED, (R) CLEAR, (L) CLEAR, EQUAL EXPANSION | | | | |
| 12:30 | CIRCUL | PULSE PRESENT, RADIAL, STRONG, REG, CapRefill NORMAL | | | | |
| 12:30 | VITALS | 148/70 | 80 | .46 | | LAY |

EXHIBIT N

PENGAD 800-631-6989

## RESULT

| | |
|---|---|
| Disposition | EVAL., TREAT., TRANSPORT., SINGLE PT. |
| TranReas | PT. RESTRAINED |
| Destination | SOUTH POINTE |
| DestReas | POLICE CHOICE |
| Status | URGENT/TRANSPORTED |
| Med Ctl | |

## AUTHORIZATION

EMT-B

CLAUSEN

NURSE

N. Minsuraw RN

APPROVED
Erin Horn

STATE OF MISSOURI   )
                    )          SS
CITY OF ST LOUIS    )

*Approved*

## AFFIDAVIT OF AUTHENTICITY

Before me, the undersigned authority, personally appeared **SAUNDRA RANDOLPH**, who being by me duly sworn, deposed as follows:

My name is **SAUNDRA RANDOLPH**, I am of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated:

I am the Custodian of Records of City of St. Louis/Emergency Medical Services. Attached hereto are __1___ pages of records from City of St. Louis/Emergency Medical Services. These __1__pages of records are kept in the regular course of business; and it was in the regular course of business of City of St. Louis/Emergency Medical Services for an employee or representative with knowledge of the act, event, condition, opinion or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of act, event, condition, opinion, or diagnosis. The records attached are the original or exact duplicated of the original.

**CUSTODIAN OF RECORDS**

Subscribed and sworn to before me this _23_ day of _September_, 2003.

Notary Public

My commission expires: _____

MELANIE JOHNSON
NOTARY PUBLIC STATE OF MISSOURI
ST. LOUIS CITY
MY COMMISSION EXP. NOV. 19 2005