UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KENNETH ROHRBOUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Cause No. 4:07CV00996DDN |
| | ) |
| LUTHER HALL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## SUBSTITUTION OF COUNSEL

COMES NOW Joshua N. Worthington, Assistant Attorney General, currently designated as attorney of record for defendants Luther Hall, Anna Kimble, Mary Nelson, Susan Rollins, Bartholomew Saracino, Francis Slay and Mark Smith, and hereby withdraws as said defendants' attorney of record in this case. Robert J. Isaacson, Assistant Attorney General, hereby enters his appearance as attorney of record for said defendants, and respectfully requests that all future correspondence and pleadings in this matter be forwarded to his attention at the address below.

Respectfully submitted,

JEREMIAH W. (Jay) NIXON
Attorney General

*/s/ Joshua N. Worthington (by permission)*
Joshua N. Worthington, # 507343
Assistant Attorney General
Old Post Office Building
815 Olive Street, Suite 200
St. Louis, Missouri 63101
(314)340-7861 Telephone
(314)340-7029 Facsimile


*/s/ Robert J. Isaacson*
Robert J. Isaacson, # 38361
Assistant Attorney General
Old Post Office Building
815 Olive Street, Suite 200
St. Louis, Missouri 63101
(314)340-7861 Telephone
(314)340-7029 Facsimile


**CERTIFICATE OF SERVICE**

    I hereby certify that on this 22nd day of December , 2008, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to:

    Steven J. Gunn
    Tyler R. Breed
    Stephen M. Ryals
    RYALS & BREED, P.C.
    3120 Locust Street
    St. Louis, MO 63103
    :


*/s/Robert J. Isaacson*