IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH ROHRBOUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07-CV-996 ERW |
| | ) | |
| LUTHER HALL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

Comes now Kathryn E. Denner and enters her appearance on behalf of Plaintiff Kenneth Rohrbough.

> /s/ Kathryn E. Denner
> Kathryn E. Denner, MBE 40260, #27196
> Of Counsel
> Ryals & Breed, P.C.
> 3120 Locust
> St. Louis, MO  63103
> (314) 862-6262
> (314) 880-2027 (Fax)
> denner@rblawstl.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 29, 2010, the foregoing was served via the Court's electronic filing system upon the attorneys of record in this matter.

> /s/ Kathryn E. Denner