# United States District Court
EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

KENNETH ROHRBOUGH

    Plaintiff,

        v.            CASE NUMBER:    4:07CV996 ERW

LUTHER HALL, et al.,

    Defendants.

- :   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has returned its verdict.

- 9   **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

- 9   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Kenneth Rohrbough recover damages in the amount of $365,000.00 against Defendant Hall on his claims for excessive force, failure to intervene and conspiracy to violate Plaintiff Kenneth Rohrbough's civil rights. On Plaintiff Kenneth Rohrbough's claim against Defendant Kimble for conspiracy to violate Plaintiff Kenneth Rohrbough's civil rights, the jury finds in favor of Defendant Kimble. On Plaintiff Kenneth Rohrbough's claim against the Board of Police Commissioners, the jury finds in favor of Defendant Board of Police Commissioners.

    **IT IS FURTHER ORDERED** that on Plaintiff Kenneth Rohrbough's claim against Defendant Hall for punitive damages, the jury finds in favor of Plaintiff Kenneth Rohrbough in the amount of $500,000.00

                James G. Woodward
                CLERK

June 10, 2010
DATE

            By:    /s/ M. Berg
                DEPUTY CLERK